```
1  BRODSKY MICKLOW BULL & WEISS LLP
   Edward M. Bull III, State Bar No. 141966
2  Kurt Micklow, State Bar No. 113974
   1070 Marina Village Parkway, Suite 200
3  Alameda CA 94501
   Telephone:   (510) 268-6180
4  Facsimile:   (510) 268-6181

5  Attorneys for Plaintiff
   CURTIS McCAMY
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS McCAMY, | CASE NO. C-15-00250 MEJ |
| Plaintiff, | |
| vs. | **REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER THEREON** |
| MATSON NAVIGATION COMPANY and DOES 1-5, *in personam,* and S/S LURLINE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*; | |
| Defendants. | |

Plaintiff CURTIS McCAMY ("Plaintiff") hereby submits his Request for Continuance of Initial Case Management Conference and Proposed Order Thereon as follows:

**RECITALS AND MOTION**

WHEREAS Plaintiff is a merchant seaman and has, since his accident aboard the vessel operated by Defendant Matson Navigation Company ("Matson"), returned to work, including aboard vessels operated by Matson; and

WHEREAS Plaintiff and Matson were in the process of discussing settlement prior to the filing of the present action, but were not able to resolve Plaintiff's claim prior to the

1  running of the statute of limitation, thus necessitating the filing of the present action; and

2      WHEREAS Counsel for Plaintiff and in-house claims representatives for Matson
3  are continuing settlement discussions and it is hoped that the matter will be resolved
4  without the need to serve the complaint (which will require Matson to retain counsel); and

5      WHEREAS Plaintiff believes that the case has a very good chance of being
6  resolved within the next thirty (30) days; and

7      WHEREAS Plaintiff will serve the summons and complaint (and related orders) if
8  the claim is not resolved within twenty-one (21) days; and

9      WHEREAS the current deadline for the filing of a Joint Case Management
10 Statement (and Rule 26(f) Report) is April 16, 2015; and

11     WHEREAS the Initial Case Management Conference is currently set on April 23,
12 2015:

13     **WHEREFORE** Plaintiff respectfully requests that the filing of the Joint Case
14 Management Statement (and Rule 26(f) Report) and the Initial Case Management
15 Conference, be continued for forty-five (45) days.

16 DATED: April 15, 2015          Respectfully submitted,

17 

18 

19                                BRODSKY MICKLOW BULL & WEISS LLP

20 

21                                By:  /S/ Edward M. Bull III
                                      Edward M. Bull III

22                                Attorneys for Plaintiff
                                  CURTIS McCAMY

## [~~PROPOSED~~] **ORDER**

Having reviewed the Request for Continuance of Initial Case Management Conference and Proposed Order Thereon, and finding that good cause exists to grant the relief requested, IT IS HEREBY ORDERED THAT:

The current Initial Case Management Conference date is hereby VACATED and reset for _____June 25_____, 2015.

A Joint Case Management Statement (and Rule 26(f) Report) are to be filed no later than _____June 18, 2015_____.

DATED: April __16__, 2015          By: _____/s/_____
                                        Hon. Maria-Elena James
                                        Magistrate Judge