UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS MCCAMY,

           Plaintiff,

     v.

MATSON NAVIGATION COMPANY, et al.,

           Defendants.

Case No. 15-cv-00250-MEJ

**STATUS ORDER**

On March 30, 2016, the parties informed the Court that this matter has settled. Dkt. No. 21. Accordingly, all pending dates are VACATED. The parties shall file a dismissal or joint status report by May 4, 2016.

     **IT IS SO ORDERED.**

Dated: April 13, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge