| | |
|---|---|
| 1 | BRODSKY MICKLOW BULL & WEISS LLP |
|   | Edward M. Bull III, State Bar No. 141966 |
| 2 | Kurt Micklow, State Bar No. 113974 |
|   | 1070 Marina Village Parkway, Suite 200 |
| 3 | Alameda CA 94501 |
|   | Telephone:   (510) 268-6180 |
| 4 | Facsimile:   (510) 268-6181 |

**GRANTED** (stamp, signed Judge Maria-Elena James)

Attorneys for Plaintiff
CURTIS McCAMY

GRANTED.   CASE DIMISSED.
DATED: 4/29/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS McCAMY,                               )   CASE NO.  C-15-00250 MEJ
                                             )
            Plaintiff,                       )
                                             )   **STIPULATION OF DISMISSAL**
vs.                                          )
                                             )   **[F.R.C.P. 41(a)(1)(A)(ii)]**
MATSON NAVIGATION COMPANY                    )
and DOES 1-5, *in personam,* and S/S         )
LURLINE, her engines, tackle, apparel,       )
furniture, and appurtenances, *in rem*;      )
                                             )
            Defendants.                      )
_____

It is hereby STIPULATED by and between Plaintiff CURTIS McCAMY and Defendant MATSON NAVIGATION COMPANY, INC. that this case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Procedure, each party to bear his/its own attorney's fees and costs.

Respectfully submitted,

DATED: April , 29, 2016           BRODSKY MICKLOW BULL & WEISS LLP

                                  By: /S/ Edward M. Bull III
                                         Edward M. Bull III

                                  Attorneys for Plaintiff
                                  CURTIS McCAMY

| | | |
|---|---|---|
| 1 | DATED: April , 29, 2016 | BULLIVANT HOUSER BAILEY PC |
| 2 | | By:  /S/ Marilyn Raia  |
| 3 | |       Marilyn Raia |
| 4 | | Attorneys for Defendant<br>MATSON NAVIGATION COMPANY INC. |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28